1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   JENNIFER A. TAYLOR
3  Nevada Bar No. 6141
   Jennifer.A.Taylor@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
6  Facsimile: 702.893.3789
   *Attorneys for Defendant State Farm Mutual*
7  *Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO O. BARAHONA-GONZALEZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10 inclusive, and ROE ENTITIES 1-10, inclusive, <br><br> Defendants. | Case Number:  2:22-cv-2028-CDS-DJA <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT** |

COMES NOW DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm" or "Defendant"), by and through its counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and PLAINTIFF, RICARDO O. BARAHONA-GONZALEZ, by and through his counsel of record, RALPH A. SCHWARTZ, P.C., hereby stipulate and agree that the time for Defendant to file its Answer to Plaintiff's Complaint be extended as set forth herein.   Defendant State Farm's Answer is currently due December 12, 2022. The parties hereby stipulate that the due date for Defendant's Answer be extended to January 4, 2023.

/ / /

/ / /

/ / /

4856-5392-2371.1

### Reason for Extension

The parties are active negotiations to resolve this action. In addition because of the complexity and extent of the allegations and claims made in Plaintiff's Complaint, Defendant requires additional time to prepare its Answer to Plaintiff's Complaint. This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested for filing Defendant's response to Plaintiff's Complaint.

DATED this 12th day of December, 2022.          DATED this 12th day of December, 2022.

LEWIS BRISBOIS BISGAARD & SMITH          RALPH A. SCHWARTZ, P.C.

*/s/   Jennifer A. Taylor*                              */s/  Ralph A. Schwartz*
ROBERT W. FREEMAN                               RALPH A. SCHWARTZ
Nevada Bar No. 3062                                  Nevada Bar No. 5488
JENNIFER A. TAYLOR,                              400 South Seventh Street, Suite 100
Nevada Bar No. 6141                                  Las Vegas, NV  89101
6385 S. Rainbow Boulevard, Suite 600       Attorneys for Plaintiff
Las Vegas, Nevada 89118                           Ricardo O. Barahona-Gonzalez
*Attorneys for Defendant*

### ORDER

IT IS SO ORDERED.

DATED this 14th day of December 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4856-5392-2371.1                                      2