ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
JENNIFER A. TAYLOR
Nevada Bar No. 6141
Jennifer.A.Taylor@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICARDO O. BARAHONA-GONZALEZ, an individual,<br><br>　　　　　　Plaintiff<br><br>　　vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10 inclusive, and ROE ENTITIES 1-10, inclusive,<br><br>　　　　　　Defendants | Case Number:  2:22-cv-2028-CDS-DJA<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4868-6114-7205.1

IT IS HEREBY STIPULATED and AGREED between Plaintiff RICARDO O. BARAHONA-GONZALEZ ("Plaintiff"), by and through his counsel, RALPH A. SCHWARTZ, P.C., and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 10th day of July, 2023.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Jennifer A. Taylor
ROBERT W. FREEMAN
Nevada Bar No. 3062
JENNIFER A. TAYLOR,
Nevada Bar No. 6141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

DATED this 9th day of July, 2023.

RALPH A. SCHWARTZ, P.C.

/s/ Ralph A. Schwartz
RALPH A. SCHWARTZ
Nevada Bar No. 5488
400 South Seventh Street, Suite 100
Las Vegas, NV 89101
*Attorneys for Plaintiff
Ricardo O. Barahona-Gonzalez*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: July 10, 2023